UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LATRICIA LANIER,

        Plaintiff,                         Civil Action No.
                                          12-CV-11901

vs.

                                        Honorable Patrick J. Duggan

SPECTRUM HUMAN SERVICES,

        Defendant.
_____/

### <u>ORDER REGARDING PLAINTIFF'S RECENT FILINGS</u>

On October 15, 2012, the Court issued an Opinion and Order dismissing this civil rights case with prejudice for failure to state a claim upon which relief may be granted.  ECF No. 20.  Plaintiff appealed the Court's judgment and the Sixth Circuit affirmed, issuing its mandate on March 15, 2013.  ECF Nos. 30, 31.  The only Defendant named by Plaintiff in this lawsuit is Spectrum Human Services.

Since the Sixth Circuit issued its mandate, Plaintiff has filed three handwritten documents on the Court's docket – two on June 9, 2014 and one on September 24, 2014.  It difficult to ascertain with certainty exactly what Plaintiff is asking the Court to do, but the Court believes that Plaintiff is requesting reconsideration of the Court's prior Opinion and Order dismissing the case, along with a hearing or meeting before the Court.  To the extent Plaintiff is making this

request, the Court lacks jurisdiction to grant it given the Sixth Circuit's decision and mandate affirming the Court's Opinion and Order dismissing the case against Spectrum Human Services with prejudice. *See Invention Submission Corp. v. Dudas*, 413 F.3d 411, 414-15 (4th Cir. 2005) ("Under the mandate rule, . . . a lower court generally may not consider questions that the mandate has laid to rest.").

The Court notes an irregularity in the three documents filed by Plaintiff. In the caption of all three documents, Plaintiff writes the case number of the present lawsuit, but lists the "State of Michigan" as the Defendant. The Court notes that the State of Michigan was not a Defendant in this case; thus, the Court has not adjudicated any claims against the State of Michigan by way of this lawsuit.

For these reasons, Plaintiff's request for reconsideration and/or a hearing or meeting is **DENIED**.

**SO ORDERED**.


Dated: October 8, 2014                    s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE


Copies to:

Latricia Lanier
Emily M. Ballenberger, Esq.

2